(79 South. 879)

SPELCE et al. v. STATE. (8 Div. 555.) (Court of Appeals of Alabama. May 18, 1918.) Appeal from Circuit Court, Madison County; R. C. Brickell, Judge. Douglass Taylor, of Huntsville, for appellants. F. Loyd Tate, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by appellants.

(79 South. 879)

STANLEY v. INTERNATIONAL SHOE CO. (5 Div. 283.) (Court of Appeals of Alabama. June 4, 1918.) Appeal from Circuit Court, Chilton County; Leon McCord, Judge. D. J. Flummer, of Ensley, for appellant. F. B. Collier, of Clanton, for appellee.

BROWN, P. J. Affirmed for want of assignment of errors.

(79 South. 879)

STATE ex rel. KERNACHAN v. ROBERTS. (8 Div. 593.) (Court of Appeals of Alabama. May 28, 1918.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. A. A. Williams, of Florence, for appellant. Mitchell & Hughston, of Florence, for appellee.

SAMFORD, J. Appeal dismissed, on the authority of State ex rel. Price v. Callaway, ante, p. 472, 79 South. 146.

(79 South. 879)

VANN v. FIRST NAT. BANK OF HEADLAND. (4 Div. 565.) (Court of Appeals of Alabama. June 6, 1918.) Appeal from Circuit Court, Henry County; H. A. Pearce, Judge. Pettus, Fuller & Lapsley, of Selma, for appellant.

PER CURIAM. Appeal dismissed for want of prosecution.

.(79 South. 879)

VARNER v. STATE. (6 Div. 449.) (Court of Appeals of Alabama. May 14, 1918.) Appeal from Circuit Court, Walker County; T. L. Sowell, Judge. F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. The appeal is on the record, and no error appears. Affirmed.

(79 South. 879)

VINSON v. CITY OF GADSDEN. (7 Div. 535.) (Court of Appeals of Alabama. May 30, 1918.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge. W. T. Murphree, of Gadsden, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(79 South. 879)

VINSON v. CITY OF GADSDEN. (7 Div. 536.) (Court of Appeals of Alabama. May 30, 1918.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge. W. T. Murphree, of Gadsden, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(79 South. 879)

WADE v. WHITE. (8 Div. 510.) (Court of Appeals of Alabama. May 28, 1918.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. R. T. Simpson, Paul Hodges, and S. W. Frierson, all of Florence, for appellant. Williams & Roberts, of Florence, for appellee.

SAMFORD, J. Dismissed on motion of appellant.

(79 South. 879)

WALTHAL v. STATE. (6 Div. 456.) (Court of Appeals of Alabama. May 7, 1918.) Appeal from Circuit Court, Jefferson County; Chas. W. Ferguson, Judge. F. Loyd Tate, Atty. Gen., for the State.

BROWN, P. J. Appeal dismissed.

(79 South. 879)

WILLARD v. STATE. (6 Div. 454.) (Court of Appeals of Alabama. May 14, 1918.) Appeal from Circuit Court, Tuscaloosa County; H. B. Foster, Judge. F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. The record seems in all things regular, and the cause is affirmed.

(79 South. 879)

WOOLUM v. STATE. ' (8 Div. 607.) (Court of Appeals of Alabama. May 28, 1918.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Proceeding by the State against James Woolum. From an adverse judgment, defendant appeals. Affirmed. F. Loyd Tate, Atty. Gen., for the State.

BROWN, P. J. The questions presented by this appeal were treated by this court and adjudged against appellant's contention in State v. Strawbridge, 76 South. 479,[1] and that case has been reviewed and affirmed by the Supreme Court. The result is that the judgment of the trial court will be affirmed. Affirmed.

(80 South. 895)

CITY OF MOBILE v. RUSH. (1 Div. 288.) (Court of Appeals of Alabama. Nov. 14, 1918.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(80 South. 895)

FARLEY v. STATE. (1 Div. 309.) (Court of Appeals of Alabama. Dec. 17, 1918.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Frank Farley was convicted of violating the prohibition law, and he appeals. Affirmed. C. W. Tompkins, of Mobile, for appellant. F. Loyd Tate, Atty. Gen., and E. S. Thigpen, Asst. Atty. Gen., for the State.

SAMFORD, J. The defendant was tried and convicted of a violation of the prohibition law, and from the judgment of conviction he appeals. There is no bill of exceptions in the record, and there is a certificate of the presiding judge that no bill of exceptions has been presented and that the time for presenting same has expired. We find no error in the record, and the judgment is affirmed. Affirmed.